PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY OLUCHI MBADUGHA,<br><br>              Plaintiff,<br><br>      v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>              Defendants. | CASE NO. 1:23-CV-01895-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS |

    The Defendants respectfully request to stay this case through February 27, 2024, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudicating her pending asylum application, which she filed in May 2017. USCIS has scheduled an interview on Plaintiff's asylum application for October 30, 2023. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days of the completion of the interview.

///

///

///

1

The parties therefore stipulate that this matter be held in temporary abeyance through February 27, 2024.  The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  September 13, 2023

        PHILLIP A. TALBERT
        United States Attorney

By:  /s/ ELLIOT C. WONG
     ELLIOT C. WONG
     Assistant United States Attorney

/s/ SADAF F. AHMED
SADAF F. AHMED
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

It is so ordered.

DATED:  September 13, 2023.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE